# Statement of Earnings and Deductions



Ecology and Environment Inc
368 Pleasant View Dr
Lancaster NY 14086
Tel: 716 684 8060

| | | |
|---|---|---|
| Name | :Mr John C Todaro | Payroll :E&E Inc |
| Address | :191 Maynard Dr | Pay period :04/29/2012 to 05/12/2012 |
| | Amherst NY 14226 | Pay Date :05/17/2012 |
| | | Cost Center :30002-HQ1 |

| TAut | Filing Status | Ex | Addl. Amount | Additional % | Addl. Allowance | Addl. Ex. Amt. | Exmption Amount |
|---|---|---|---|---|---|---|---|
| FED | Single | 00 | 0.00 | 0.00 | 00 | 0.00 | 0.00 |
| NY | Single | 00 | 0.00 | 0.00 | 00 | 0.00 | 0.00 |

| Check Amount | = | Gross | - | Tax Exempt Ded | - | Taxes | - | Non Tax Exempt Ded |
|---|---|---|---|---|---|---|---|---|
| 1,893.36 | | 2,802.04 | | 98.42 | | 801.38 | | 7.92 |

## EARNINGS AND DEDUCTIONS

| CATEGORY | Retro Amount | Rate | Number | Amount | Total | YTD Amount |
|---|---|---|---|---|---|---|
| **EARNINGS** | | | | | | |
| EE GTLI Taxable | | | | 0.96 | 0.96 | 9.60 |
| Vacation pay | | 35.01 | 8.00 | 280.08 | 280.08 | 682.70 |
| Sick pay | | | | | | 1,050.30 |
| Floating Holiday | | | | | | 280.08 |
| E&E Holiday | | | | | | 560.16 |
| Pay Period Salary | | | | 2,521.00 | 2,521.00 | 25,437.56 |
| **Earnings Total** | | | | **2,802.04** | **2,802.04** | **28,020.40** |
| **TAX-EXEMPT DEDUCTIONS** | | | | | | |
| Std Medical EE pre-t | | | | 64.26 | 64.26 | 642.60 |
| Dental EE pre-tax | | | | 14.16 | 14.16 | 141.60 |
| HSA EE pre-tax | | | | 20.00 | 20.00 | 200.00 |
| **Total** | | | | **98.42** | **98.42** | **984.20** |
| **DEDUCTIONS ( NOT TAX-EXEMPT )** | | | | | | |
| Dep Life EE after-ta | | | | 0.17 | 0.17 | 1.70 |
| ESTD EE after-tax | | | | 7.75 | 7.75 | 77.50 |
| **Total** | | | | **7.92** | **7.92** | **79.20** |
| **TAXES** | | | | | | |
| Federal | FED | | | | | |
| TX Withholding Tax | | | | 502.54 | 502.54 | 5,025.39 |
| TX EE Social Securit | | | | 113.55 | 113.55 | 1,135.52 |
| TX EE Medicare Tax | | | | 39.20 | 39.20 | 392.02 |
| State | NY | | | | | |
| TX Withholding Tax | | | | 144.89 | 144.89 | 1,448.90 |
| TX EE Disability Tax | | | | 1.20 | 1.20 | 12.00 |
| **Total** | | | | **801.38** | **801.38** | **8,013.83** |

## PAYMENT DETAILS

| Method | Detail | Check No | Amount | Currency |
|---|---|---|---|---|
| PY DD | M & T BANK 9852783779 | 0000118600021001 | 1,893.36 | USD |

## LEAVE QUOTA

| Type | Entitlement | Balance |
|---|---|---|
| Floating Holiday | 8.00000 Hours | 0.00000 Hours |
| Vacation | 80.00000 Hours | 60.50000 Hours |
| Sick | 40.00000 Hours | 10.00000 Hours |

## LEAVE CURRENT

| Type | Days | Hours | Calender Days |
|---|---|---|---|
| 10 - Vacation | 1.00 | 8.00 | 1.00 |



## Statement of Earnings and Deductions

Ecology and Environment Inc
368 Pleasant View Dr
Lancaster NY 14086
Tel: 716 684 8060

Name: Mr John C Todaro
Address: 191 Maynard Dr
Amherst NY 14226

Payroll: E&E Inc
Pay period: 04/15/2012 to 04/28/2012
Pay Date: 05/03/2012
Cost Center: 30002-HQ1

| TAut | Filing Status | Ex | Addl. Amount | Additional % | Addl. Allowance | Addl. Ex. Amt. | Exmption Amount |
|---|---|---|---|---|---|---|---|
| FED | Single | 00 | 0.00 | 0.00 | 00 | 0.00 | 0.00 |
| NY | Single | 00 | 0.00 | 0.00 | 00 | 0.00 | 0.00 |

| Check Amount | = | Gross | - | Tax Exempt Ded | - | Taxes | - | Non Tax Exempt Ded |
|---|---|---|---|---|---|---|---|---|
| 1,893.36 | | 2,802.04 | | 98.42 | | 801.38 | | 7.92 |

### EARNINGS AND DEDUCTIONS

| CATEGORY | Retro Amount | Rate | Number | Amount | Total | YTD Amount |
|---|---|---|---|---|---|---|
| **EARNINGS** | | | | | | |
| EE GTLI Taxable | | | | 0.96 | 0.96 | 8.64 |
| Vacation pay | | 35.01 | 6.00 | 210.06 | 210.06 | 402.62 |
| Sick pay | | | | | | 1,050.30 |
| Floating Holiday | | | | | | 280.08 |
| E&E Holiday | | | | | | 560.16 |
| Pay Period Salary | | | | 2,591.02 | 2,591.02 | 22,916.56 |
| **Earnings Total** | | | | 2,802.04 | 2,802.04 | 25,218.36 |
| **TAX-EXEMPT DEDUCTIONS** | | | | | | |
| Std Medical EE pre-t | | | | 64.26 | 64.26 | 578.34 |
| Dental EE pre-tax | | | | 14.16 | 14.16 | 127.44 |
| HSA EE pre-tax | | | | 20.00 | 20.00 | 180.00 |
| **Total** | | | | 98.42 | 98.42 | 885.78 |
| **DEDUCTIONS ( NOT TAX-EXEMPT )** | | | | | | |
| Dep Life EE after-ta | | | | 0.17 | 0.17 | 1.53 |
| ESTD EE after-tax | | | | 7.75 | 7.75 | 69.75 |
| **Total** | | | | 7.92 | 7.92 | 71.28 |
| **TAXES** | | | | | | |
| Federal | FED | | | | | |
| TX Withholding Tax | | | | 502.54 | 502.54 | 4,522.85 |
| TX EE Social Securit | | | | 113.55 | 113.55 | 1,021.97 |
| TX EE Medicare Tax | | | | 39.20 | 39.20 | 352.82 |
| State | NY | | | | | |
| TX Withholding Tax | | | | 144.89 | 144.89 | 1,304.01 |
| TX EE Disability Tax | | | | 1.20 | 1.20 | 10.80 |
| **Total** | | | | 801.38 | 801.38 | 7,212.45 |

### PAYMENT DETAILS

| Method | Detail | Check No | Amount | Currency |
|---|---|---|---|---|
| PY DD | M & T BANK 9852783779 | 0000118600020001 | 1,893.36 | USD |

### LEAVE QUOTA

| Type | Entitlement | Balance |
|---|---|---|
| Floating Holiday | 8.00000 Hours | 0.00000 Hours |
| Vacation | 80.00000 Hours | 68.50000 Hours |
| Sick | 40.00000 Hours | 10.00000 Hours |

### LEAVE CURRENT

| Type | Days | Hours | Calender Days |
|---|---|---|---|
| 10 - Vacation | 0.76 | 6.00 | 0.00 |



## Statement of Earnings and Deductions

**Ecology and Environment Inc**
368 Pleasant View Dr
Lancaster NY  14086
Tel: 716 684 8060

| | | |
|---|---|---|
| Name: Mr John C Todaro | Payroll: E&E Inc | |
| Address: 191 Maynard Dr | Pay period: 04/01/2012 to 04/14/2012 | |
| Amherst NY  14226 | Pay Date: 04/19/2012 | |
| | Cost Center: 30002-HQ1 | |

| TAut | Filing Status | Ex | Addl. Amount | Additional % | Addl. Allowance | Addl. Ex. Amt | Exmption Amount |
|---|---|---|---|---|---|---|---|
| FED | Single | 00 | 0.00 | 0.00 | 00 | 0.00 | 0.00 |
| NY | Single | 00 | 0.00 | 0.00 | 00 | 0.00 | 0.00 |

| Check Amount | = | Gross | − | Tax Exempt Ded | − | Taxes | − | Non Tax Exempt Ded |
|---|---|---|---|---|---|---|---|---|
| 1,893.35 | | 2,802.04 | | 98.42 | | 801.39 | | 7.92 |

### EARNINGS AND DEDUCTIONS

| CATEGORY | Retro Amount | Rate | Number | Amount | Total | YTD Amount |
|---|---|---|---|---|---|---|
| **EARNINGS** | | | | | | |
| EE GTLI Taxable | | | | 0.96 | 0.96 | 7.68 |
| Vacation pay | | | | | | 192.56 |
| Sick pay | | 35.01 | 2.00 | 70.02 | 70.02 | 1,050.30 |
| Floating Holiday | | 35.01 | 8.00 | 280.08 | 280.08 | 280.08 |
| E&E Holiday | | | | | | 560.16 |
| Pay Period Salary | | | | 2,450.98 | 2,450.98 | 20,325.54 |
| **Earnings Total** | | | | 2,802.04 | 2,802.04 | 22,416.32 |
| **TAX-EXEMPT DEDUCTIONS** | | | | | | |
| Std Medical EE pre-t | | | | 64.26 | 64.26 | 514.08 |
| Dental EE pre-tax | | | | 14.16 | 14.16 | 113.28 |
| HSA EE pre-tax | | | | 20.00 | 20.00 | 160.00 |
| **Total** | | | | 98.42 | 98.42 | 787.36 |
| **DEDUCTIONS ( NOT TAX-EXEMPT )** | | | | | | |
| Dep Life EE after-ta | | | | 0.17 | 0.17 | 1.36 |
| ESTD EE after-tax | | | | 7.75 | 7.75 | 62.00 |
| **Total** | | | | 7.92 | 7.92 | 63.36 |

### TAXES

| | | | | Amount | Total | YTD Amount |
|---|---|---|---|---|---|---|
| **Federal** | FED | | | | | |
| TX Withholding Tax | | | | 502.54 | 502.54 | 4,020.31 |
| TX EE Social Securit | | | | 113.56 | 113.56 | 908.42 |
| TX EE Medicare Tax | | | | 39.20 | 39.20 | 313.62 |
| **State** | NY | | | | | |
| TX Withholding Tax | | | | 144.89 | 144.89 | 1,159.12 |
| TX EE Disability Tax | | | | 1.20 | 1.20 | 9.60 |
| **Total** | | | | 801.39 | 801.39 | 6,411.07 |

### DEDUCTIONS INFORMATION

| | Amount |
|---|---|
| Std Medical EE pre-tax | 64.26 |
| Dental EE pre-tax | 14.16 |
| HSA EE pre-tax | 20.00 |
| Std Medical Employer | 112.49- |
| HSA ER Contribution | 9.62- |

### PAYMENT DETAILS

| Method | Detail | Check No | Amount | Currency |
|---|---|---|---|---|
| PY DD | M & T BANK 9852783779 | 0000118600019001 | 1,893.35 | USD |

### LEAVE QUOTA

| Type | Entitlement | Balance |
|---|---|---|
| Floating Holiday | 8.00000 Hours | 0.00000 Hours |
| Vacation | 80.00000 Hours | 74.50000 Hours |
| Sick | 40.00000 Hours | 10.00000 Hours |

### LEAVE CURRENT

| Type | Days | Hours | Calender Days |
|---|---|---|---|
| 11 - Sick | 0.00 | 0.00 | 0.00 |
| 10 - Vacation | 0.00 | 0.00 | 0.00 |
| 11 - Sick | 0.00 | 0.00 | 0.00 |

# Statement of Earnings and Deductions



Ecology and Environment Inc
368 Pleasant View Dr
Lancaster NY 14086
Tel: 716 684 8060

Name : Mr John C Todaro
Address : 191 Maynard Dr
   Amherst NY  14226

Payroll : E&E Inc
Pay period : 03/18/2012 to 03/31/2012
Pay Date : 04/05/2012
Cost Center : 30002-HQ1

| TAut | Filing Status | Ex | Addl. Amount | Additional % | Addl. Allowance | Addl. Ex. Amt | Exmption Amount |
|---|---|---|---|---|---|---|---|
| FED | Single | 00 | 0.00 | 0.00 | 00 | 0.00 | 0.00 |
| NY | Single | 00 | 0.00 | 0.00 | 00 | 0.00 | 0.00 |

| Check Amount | = | Gross | - | Tax Exempt Ded | - | Taxes | - | Non Tax Exempt Ded |
|---|---|---|---|---|---|---|---|---|
| 1,893.35 | | 2,802.04 | | 98.42 | | 801.39 | | 7.92 |

## EARNINGS AND DEDUCTIONS

| CATEGORY | Retro Amount | Rate | Number | Amount | Total | YTD Amount |
|---|---|---|---|---|---|---|
| **EARNINGS** | | | | | | |
| EE GTLI Taxable | | | | 0.96 | 0.96 | 6.72 |
| Vacation pay | | 35.01 | 2.00 | 70.02 | 70.02 | 192.56 |
| Sick pay | | | | | | 980.28 |
| E&E Holiday | | | | | | 560.16 |
| Pay Period Salary | | | | 2,731.06 | 2,731.06 | 17,874.56 |
| **Earnings Total** | | | | 2,802.04 | 2,802.04 | 19,614.28 |
| **TAX-EXEMPT DEDUCTIONS** | | | | | | |
| Std Medical EE pre-t | | | | 64.26 | 64.26 | 449.82 |
| Dental EE pre-tax | | | | 14.16 | 14.16 | 99.12 |
| HSA EE pre-tax | | | | 20.00 | 20.00 | 140.00 |
| **Total** | | | | 98.42 | 98.42 | 688.94 |
| **DEDUCTIONS ( NOT TAX-EXEMPT )** | | | | | | |
| Dep Life EE after-ta | | | | 0.17 | 0.17 | 1.19 |
| ESTD EE after-tax | | | | 7.75 | 7.75 | 54.25 |
| **Total** | | | | 7.92 | 7.92 | 55.44 |
| **TAXES** | | | | | | |
| Federal | FED | | | | | |
| TX Withholding Tax | | | | 502.54 | 502.54 | 3,517.77 |
| TX EE Social Securit | | | | 113.55 | 113.55 | 794.86 |
| TX EE Medicare Tax | | | | 39.21 | 39.21 | 274.42 |
| State | NY | | | | | |
| TX Withholding Tax | | | | 144.89 | 144.89 | 1,014.23 |
| TX EE Disability Tax | | | | 1.20 | 1.20 | 8.40 |
| **Total** | | | | 801.39 | 801.39 | 5,609.68 |

### PAYMENT DETAILS

| Method | Detail | Check No | Amount | Currency |
|---|---|---|---|---|
| PY DD | M & T BANK 9852783779 | 0000118600011001 | 1,893.35 | USD |

### LEAVE QUOTA

| Type | Entitlement | Balance |
|---|---|---|
| Floating Holiday | 8.00000 Hours | 8.00000 Hours |
| Vacation | 80.00000 Hours | 74.50000 Hours |
| Sick | 40.00000 Hours | 12.00000 Hours |

### LEAVE CURRENT

| Type | Days | Hours | Calender Days |
|---|---|---|---|
| 10 - Vacation | 0.25 | 2.00 | 0.00 |

Case 1-12-11598-MJK,   Doc 4,   Filed 05/18/12,   Entered 05/18/12 16:39:29,
Description: Main Document  , Page 4 of 6

# Statement of Earnings and Deductions



Ecology and Environment Inc
368 Pleasant View Dr
Lancaster NY  14086
Tel: 716 684 8060

Name     : Mr John C Todaro
Address  : 191 Maynard Dr
           Amherst NY  14226

Payroll      : E&E Inc
Pay period   : 03/04/2012 to 03/17/2012
Pay Date     : 03/22/2012
Cost Center  : 30002-HQ1

| TAut | Filing Status | Ex | Addl. Amount | Additional % | Addl. Allowance | Addl. Ex. Amt | Exmption Amount |
|---|---|---|---|---|---|---|---|
| FED | Single | 00 | 0.00 | 0.00 | 00 | 0.00 | 0.00 |
| NY  | Single | 00 | 0.00 | 0.00 | 00 | 0.00 | 0.00 |

| Check Amount | = | Gross | - | Tax Exempt Ded | - | Taxes | - | Non Tax Exempt Ded |
|---|---|---|---|---|---|---|---|---|
| 1,893.36 | | 2,802.04 | | 98.42 | | 801.38 | | 7.92 |

## EARNINGS AND DEDUCTIONS

| CATEGORY | Retro Amount | Rate | Number | Amount | Total | YTD Amount |
|---|---|---|---|---|---|---|
| **EARNINGS** | | | | | | |
| EE GTLI Taxable | | | | 0.96 | 0.96 | 5.76 |
| Vacation pay | | | | | | 122.54 |
| Sick pay | | 35.01 | 12.00 | 420.12 | 420.12 | 980.28 |
| E&E Holiday | | | | | | 560.16 |
| Pay Period Salary | | | | 2,380.96 | 2,380.96 | 15,143.50 |
| **Earnings Total** | | | | 2,802.04 | 2,802.04 | 16,812.24 |
| **TAX-EXEMPT DEDUCTIONS** | | | | | | |
| Std Medical EE pre-t | | | | 64.26 | 64.26 | 385.56 |
| Dental EE pre-tax | | | | 14.16 | 14.16 | 84.96 |
| HSA EE pre-tax | | | | 20.00 | 20.00 | 120.00 |
| **Total** | | | | 98.42 | 98.42 | 590.52 |
| **DEDUCTIONS ( NOT TAX-EXEMPT )** | | | | | | |
| Dep Life EE after-ta | | | | 0.17 | 0.17 | 1.02 |
| ESTD EE after-tax | | | | 7.75 | 7.75 | 46.50 |
| **Total** | | | | 7.92 | 7.92 | 47.52 |
| **TAXES** | | | | | | |
| Federal        FED | | | | | | |
| TX Withholding Tax | | | | 502.54 | 502.54 | 3,015.23 |
| TX EE Social Securit | | | | 113.55 | 113.55 | 681.31 |
| TX EE Medicare Tax | | | | 39.20 | 39.20 | 235.21 |
| State           NY | | | | | | |
| TX Withholding Tax | | | | 144.89 | 144.89 | 869.34 |
| TX EE Disability Tax | | | | 1.20 | 1.20 | 7.20 |
| **Total** | | | | 801.38 | 801.38 | 4,808.29 |

## PAYMENT DETAILS

| Method | Detail | Check No | Amount | Currency |
|---|---|---|---|---|
| PY DD | M & T BANK 9852783779 | 0000118600010001 | 1,893.36 | USD |

## LEAVE QUOTA

| Type | Entitlement | Balance |
|---|---|---|
| Floating Holiday | 8.00000 Hours | 8.00000 Hours |
| Vacation | 80.00000 Hours | 76.50000 Hours |
| Sick | 40.00000 Hours | 12.00000 Hours |

## LEAVE CURRENT

| Type | Days | Hours | Calender Days |
|---|---|---|---|
| 11 - Sick | 1.50 | 12.00 | 1.00 |

# Statement of Earnings and Deductions



Ecology and Environment Inc
368 Pleasant View Dr
Lancaster NY 14086
Tel: 716 684 8060

| | |
|---|---|
| Name: | Mr John C Todaro |
| Address: | 191 Maynard Dr |
| | Amherst NY 14226 |

| | |
|---|---|
| Payroll: | E&E Inc |
| Pay period: | 02/19/2012 to 03/03/2012 |
| Pay Date: | 03/08/2012 |
| Cost Center: | 30002-HQ1 |

| TAut | Filing Status | Ex | Addl. Amount | Additional % | Addl. Allowance | Addl. Ex. Amt. | Exmption Amount |
|---|---|---|---|---|---|---|---|
| FED | Single | 00 | 0.00 | 0.00 | 00 | 0.00 | 0.00 |
| NY | Single | 00 | 0.00 | 0.00 | 00 | 0.00 | 0.00 |

| Check Amount | = | Gross | - | Tax Exempt Ded | - | Taxes | - | Non Tax Exempt Ded |
|---|---|---|---|---|---|---|---|---|
| 1,893.36 | | 2,802.04 | | 98.42 | | 801.38 | | 7.92 |

## EARNINGS AND DEDUCTIONS

| CATEGORY | Retro Amount | Rate | Number | Amount | Total | YTD Amount |
|---|---|---|---|---|---|---|
| **EARNINGS** | | | | | | |
| EE GTLI Taxable | | | | 0.96 | 0.96 | 4.80 |
| Vacation pay | | 35.01 | 1.50 | 52.52 | 52.52 | 122.54 |
| Sick pay | | 35.01 | 2.00 | 70.02 | 70.02 | 560.16 |
| E&E Holiday | | | | | | 560.16 |
| Pay Period Salary | | | | 2,678.54 | 2,678.54 | 12,762.54 |
| **Earnings Total** | | | | **2,802.04** | **2,802.04** | **14,010.20** |
| **TAX-EXEMPT DEDUCTIONS** | | | | | | |
| Std Medical EE pre-t | | | | 64.26 | 64.26 | 321.30 |
| Dental EE pre-tax | | | | 14.16 | 14.16 | 70.80 |
| HSA EE pre-tax | | | | 20.00 | 20.00 | 100.00 |
| **Total** | | | | **98.42** | **98.42** | **492.10** |
| **DEDUCTIONS ( NOT TAX-EXEMPT )** | | | | | | |
| Dep Life EE after-ta | | | | 0.17 | 0.17 | 0.85 |
| ESTD EE after-tax | | | | 7.75 | 7.75 | 38.75 |
| **Total** | | | | **7.92** | **7.92** | **39.60** |
| **TAXES** | | | | | | |
| Federal | FED | | | | | |
| TX Withholding Tax | | | | 502.54 | 502.54 | 2,512.69 |
| TX EE Social Securit | | | | 113.55 | 113.55 | 567.76 |
| TX EE Medicare Tax | | | | 39.20 | 39.20 | 196.01 |
| State | NY | | | | | |
| TX Withholding Tax | | | | 144.89 | 144.89 | 724.45 |
| TX EE Disability Tax | | | | 1.20 | 1.20 | 6.00 |
| **Total** | | | | **801.38** | **801.38** | **4,006.91** |

## PAYMENT DETAILS

| Method | Detail | Check No | Amount | Currency |
|---|---|---|---|---|
| PY DD | M & T BANK 9852783779 | 0000118600009001 | 1,893.36 | USD |

## LEAVE QUOTA

| Type | Entitlement | Balance |
|---|---|---|
| Floating Holiday | 8.00000 Hours | 8.00000 Hours |
| Vacation | 80.00000 Hours | 76.50000 Hours |
| Sick | 40.00000 Hours | 24.00000 Hours |

## LEAVE CURRENT

| Type | Days | Hours | Calender Days |
|---|---|---|---|
| 10 - Vacation | 0.19 | 1.50 | 0.00 |
| 11 - Sick | 0.25 | 2.00 | 0.00 |