# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0209−1 | User: admin | Date Created: 05/18/2012 |
| Case: 1−12−11598−MJK | Form ID: b9a | Total: 10 |

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | | | |
|---|---|---|---|---|
| db | John C. Todaro | 140 Lorfield Drive | Amherst, NY 14226 | |
| tr | Daniel E. Brick | 91 Tremont Street | P.O. Box 604 | North Tonawanda, NY 14120−0604 |
| aty | Regina A. Walker | Jeffrey Freedman Attorneys at Law | 424 Main Street, Suite 622 | Buffalo, NY 14202−3593 |
| 20926310 | Advanta Customer Service | POB 30715 | Salt Lake City, UT 84130−0715 | |
| 20926311 | Bank of America | PO Box 15019 | Wilmington, DE 19886−5019 | |
| 20926312 | Discover Card | POB 71084 | Charlotte, NC 28272−1804 | |
| 20926313 | HSBC Retail Services | PO Box 17298 | Baltimore, MD 21297−1298 | |
| 20926314 | Jill Todaro | 191 Maynard Drive | Amherst, NY 14226 | |
| 20926315 | MTBank | 1100 Wehrle Drive | Buffalo, NY 14221 | |
| 20926316 | Wells Fargo Auto Finance, Inc | 711 West Braodway Road | Tempe, AZ 85282 | |

TOTAL: 10